419 A.2d 186

Mid-Penn Telephone Corp. v. Schrecongost, Appellant.

Argued April 9, 1979. John B. McCue, for appellant; James G. Callas, for appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.

419 A.2d 186

Redevelopment Authority of Allegheny County v. Reliance Ins. Co., Appellant.

Argued October 25, 1978. John M. Baginski, for appellant; Stanley N. Horn, for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment affirmed.

SPAETH, J. concurred in the result.